# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABIN M'BOGNING TONFACK,** | : |
| | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:13-1886 |
| v. | : |
| | : (Judge Mannion) |
| **ERIC HOLDER, et al.,** | : |
| | : |
| Respondents | : |

## ORDER

**AND NOW, THIS 9th DAY OF OCTOBER, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. No. 1), is **DENIED**.

2. Petitioner's motion to supplement his petition, (Doc. No. 6), and motion for a forensic evaluation, (Doc. No. 9), are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the case.

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**